# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

# James and michelle dittmar

Case No.: 19-01148-JWB

_____ Debtor(s)

### Verification of Creditor Matrix

I (We), hereby declare, under penalty of perjury, that the attached list of creditors is true and correct to the best of my (our) knowledge.

Date: _____

na
_____
Attorney for the Debtor(s)

FILED 2019 APR 12 AM 10:06

- OR -

_____
Debtor

_____
Joint Debtor (if applicable)

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

Publishers Clearing House
101 Winners Circle
Jericho, NY 11753

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT 84130

SEVENTH AVENUE
1112 7TH AVE
MONROE, WI 53566

DR LEONARDS
PO BOX 2845
MONROE, WI 53566

AMERIMARK PREMIER
PO BOX 2845
MONROE, WI 53566

THE BANK OF MISSOURI
5109 S BROADBAND LANE
SIOUX FALLS, SD 57109

CREDIT ACCEPTANCE CORPOR
PO BOX 5070 CREDIT DISPUTE DEPT
SOUTHFIELD, MI 48086



NELNET LOAN SERVICES INC
3015 S PARKER RD SUITE 400
AURORA, CO 80014



DEPT OF ED/NAVIENT
PO BOX 9635
WILKES BARRE, PA 18773



VERIZON WIRELESS - SOUTH
NATIONAL RECOVERY OPERATIONS P.O. BOX 26055
MINNEAPOLIS, MN 55426



WEBBANK/FRESHSTART
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303



CREDIT COLLECTION SERVIC
PO BOX 607
NORWOOD, MA 02062



ENHANCED RECOVERY COMPAN
PO BOX 57547
JACKSONVILLE, FL 32241

Ownable
4040 Locust Street,
Philadelphia PA 19104


Flexshopper
2700 n military trail suite 200
Boca Raton FL 33431


KPs Cash Advance
2975 N Garfield Rd,
Traverse City, MI 49686


Grand Valley State University
1 Campus Dr,
Allendale, MI 49401


PayPal Credit
P.O. Box 105658
Atlanta, GA, 30348-5658


Paypal
2211 North First Street
San Jose, California 95131


MONTGOMERY WARD
1112 7TH AVE
MONROE, WI 53566


SYNCB
PO BOX 965033
ORLANDO, FL 32896

AT&T BILL DISPUTE
1025 LENOX PARK
ATLANTA, GA 30319


USAA
3773 HOWARD HUGHES PKWY
LAS VEGAS, NV 89169


First PREMIER Bank
PO Box 5524
Sioux Falls, SD 57117-5524


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0287


HSBC Bank USA, N.A.
P.O. Box 2013
Buffalo, NY 14240


Bank of America
PO Box 25118
Tampa, FL 33622–5118


Genesis FS Card Services
PO Box 4477
Beaverton, OR 97076-4477


USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX USA 78288-9876

TBOM/TOTAL CRD
5109 S BROADBAND LN
SIOUX FALLS, SD 57108


SEVENTH AVENUE
1112 7TH AVE
MONROE, WI 53566


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104


CREDIT ACCEPTANCE CORP
PO BOX 513
SOUTHFIELD, MI 48037


AMERIMARK PREMIER
1112 7TH AVE
MONROE, WI 53566


ENHANCED RECOVERY CO
8014 BAYBERRY RD
JACKSONVILLE, FL 32256


eBay Inc.
2145 Hamilton Ave
San Jose, CA 95125


5/3 bank
102 W Front St
Traverse City, MI 49684


7th Avenue
1112 Seventh Ave.
Monroe, WI 53566-1364

Ally Financial
P.O. Box 380901
Bloomington, MN 55438


At&T
32 Avenue of the Americas
New York, NY 10013-2412


Auto Owners
6101 Anacapri Blvd.
Lansing MI, 48917


Asset Acceptence
PO Box 1630
Warren, MI 48090


Banfield Pet Hospital
8101 SE 6th Way
Vancouver, WA 98683


Barclays
P.O. Box 8801
Wilmington, DE 19899-8801


Capitol One
P.O. Box 30285
Salt Lake City, UT 84130-0287

Charter Communications
3355 Walker Ave
Walker, MI 49544


Chase
3955 North US31 South
Traverse City, MI 49684


Check & Cash
2807 Victoria Dr
Traverse City, MI 49684


Check alert
PO Box 808
Cadillac, MI 49601


Chex system
Department C
1550 East 79th Street
Minneapolis, MN 55425


CNAC
3536 North US Highway 31 South
Traverse City, MI 49684



Consumers Energy
P.O. Box 740309
Cincinnati, OH 45274-0309


Credit Acceptence Corporation
25505 West 12 Mile Road
Southfield, MI 48034

Credit one Bank, NA
PO Box 98873
Las Vegas, NV 89193-8873


Dish Network
9601 S. Meridian Blvd
Englewood, CO 80112


DTE
PO Box 2859
Detroit, MI 48260-0001


Ebay
2145 Hamilton Ave
San Jose, CA 95125


Enhanched Recovery Company
8014 Bayberry Rd
Jacksonville, FL 32256


Finger Hut
6509 Flying Cloud Drive
Eden Prairie, MN 55344


First Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Flexshopper
2700 N Military Trl STE 200
Boca Raton, FL 33431-6394


Geico
One GEICO Plaza
Washington, D.C. 20076


Ginny's
1112 7th Ave
Monroe, WI 53566


Huntington National Bank
Attn: EA4W92
P.O. Box 1558
Columbus, Ohio 43218


IC System INC
PO Box 64378
St. Paul, MN 55164


Indigo Genesis FS Card Services
PO Box 4477
Beaverton, Or 97076-4477


Kohls
P.O. Box 30510
Los Angeles, CA 90030-0510


Liberty Mutual
175 Berkeley Street
Boston, MA 02116

LVNV Funding
PO Box 10584
Greenville, SC 29603


Milestone/TBOM
PO Box 4477
Beaverton, OR 97076-4477


Midland Funding LLC
227 W Trade St
STE 1610
Charlotte,NC 28202-1676


NCO Financial System, INC
507 Prudential Road
Horsham, PA 19044


Old Navy
485 Lake Mirror Road
Building 700, Department 72
Atlanta, GA 30349


Paypal
PO Box 45950
Omaha, NE 68145-0950


Paypal Credit
PO Box 45950
Omaha, NE 68145-0950

PNC Bank
PO Box 2988
Omaha, NE 68103


Portifolio Recovery
PO Box 12914
Norfolk, VA 23541


Progressive Auto Insurance
6300 Wilson Mills Rd.
Mayfield Village, Ohio 44143


Progressive leasing
11629 South 700 East
Draper, UT 84020


Progressive Finance
11629 South 700 East
Draper, UT 84020


Southern New Hampshire college
2500 N River Rd
Hooksett, NH 03106


Sprint
6391 Sprint Parkway
Overland Park KS 66251-4300


Target
PO BOX 660170
Dallas, TX 75266-0170

The bank of Missouri/MI
916 North Kings Highway
Perryville, Missouri 63775


Telecheck
5251 Westheimer
Houston, TX 77056


Verizon
PO Box 4002
Acworth, GA 30101


Why not lease it
1750 Elm St
Manchester, NH 03104


Phillips Lifestyles
5161 US-31
Grawn, MI 49637


Jay Trucks & Associates
600 Pine St
Clare, MI 48617


Liberty Mutual Insurance
175 Berkeley Street
Boston, Ma 02116


Allstate
2012 Corporate Lane Suite 108
PO Box 4310
Naperville, Illinois 60563

Esurance
650 Davis Street
San Francisco, CA 94111


Credit One Bank
PO Box 98878
Las Vegas, NV 89193-8878


Webbank
215 State St Suite 1000
Salt Lake City, UT 84111


Huntington National Bank
41 South High Street
Columbus, OH 43287


Huntington Bank
41 South High Street
Columbus, OH 43287